■ CASTLE PEAK 2012-1 LOAN TRUST MORTGAGE BACKED NOTES, SERIES 2012-1, by U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee Title Vested in Name of CPCA TRUST 1, Respondent, v MARIANNE SOTTILE, Appellant, et al., Defendants. [45 NYS3d 806]—In an action to foreclose a mortgage, the defendant Marianne Sottile appeals, as limited by her brief, from so much of an order of the Supreme Court, Orange County (Freehill, J.), dated June 16, 2014, as granted those branches of the plaintiff's motion which were for summary judgment on the complaint insofar as asserted against her and for an order of reference.

Ordered that the appeal is dismissed, without costs or disbursements.

The appeal is from an intermediate order dated June 16, 2014. However, a judgment of foreclosure and sale was entered on July 17, 2015. Since the right of direct appeal from the intermediate order terminated with the entry of the judgment of foreclosure and sale in the action, we must dismiss the appeal from the intermediate order (*see Matter of Aho*, 39 NY2d 241, 248 [1976]). The issues raised on the appeal from the intermediate order are brought up for review and have been considered on the companion appeal from the judgment of foreclosure and sale (*see* CPLR 5501 [a] [1]; *Castle Peak 2012-1 Loan Trust Mtge. Backed Notes, Series 2012-1 v Sottile*, 147 AD3d 720 [2017] [decided herewith]). Dillon, J.P., Hinds-Radix, Maltese and Barros, JJ., concur.